[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 176.]

THE STATE EX REL. FOLLOWELL, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Followell v. Indus. Comm.*, 1998-Ohio-252.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 95-2252—Submitted May 12, 1998—Decided June 17, 1998.)

Appeal from the Court of Appeals for Franklin County, No. 94APD09-1365.

————————————

*William D. Snyder & Associates* and *John Lesko*, for appellee.

*Betty D. Montgomery*, Attorney General, and *William D. Haders*, Assistant Attorney General, for appellants.

————————————

{¶ 1} The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————